**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-7696

MARVIN EDUARDO LUNA GOMEZ,

Plaintiff - Appellant,

v.

NINETEENTH JUDICIAL CIRCUIT OF VIRGINIA, Fairfax County Circuit Court, Criminal Division; BLAKE WOLOSON, Court Appointed Attorney at Law; KIMBERLY PHILLIPS, Garretson Phillips, PC, Attorney at Law; M.J. UNDNER; ROBERT J. SMITH; MARCUS GREEN; RAISSA WILBUR; KATHELEEN M. BILTON; LAUREN E. HAHN,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, District Judge.  (3:20-cv-00817-MHL-EWH)

Submitted:  September 30, 2022                    Decided:  November 9, 2022

Before RICHARDSON and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Marvin Eduardo Luna Gomez, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marvin Eduardo Luna Gomez appeals the district court's order dismissing his 42 U.S.C. § 1983 action. We have reviewed the record and find no reversible error. Accordingly, we affirm. *Gomez v. Nineteenth Jud. Cir. of Va.,* No. 3:20-cv-00817-MHL-EWH (E.D. Va. Nov. 23, 2021). We further deny Gomez's motions to amend the case caption and for additional photocopying loans. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*